IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWAN RASHEED MCBRIDE, | ) | |
| | ) | |
| vs. | ) | CV12-827 (related to CR08-308) |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |

## JUDGMENT ORDER

AND NOW, this 17th day of July, 2012, the Court having DISMISSED Petitioner Dawan McBride's *pro se* "Memorandum of Law Brief in Support of Petition to Vacate Judgment in the Nature of Actual Innocence," which it interpreted as a being a motion to vacate, set aside or correct Petitioner's sentence pursuant to 28 U.S.C. §2255, on the basis that we lack jurisdiction to review the §2255 motion, it is hereby ORDERED, ADJUDGED, AND DECREED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Maurice B. Cohill, Jr.
Senior District Court Judge

cc: Dawan Rasheed McBride